No. _____

IN THE

COURT OF CRIMINAL APPEALS TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
1/8/2015
ABEL ACOSTA, CLERK

**IN RE GARCIA GLEN WHITE**

**PETITION FOR A WRIT OF PROHIBITION**

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW, Garcia Glen White by and through counsel Patrick F. McCann in the above-captioned and numbered cause with this his Petition For A Writ Of Prohibition prohibiting the Texas Department of Criminal Justice from enforcing the warrant issued by the 180th District Court of Harris County on April 28, 2014, setting relators execution date for January 28, 2015. (Appendix A). As grounds for this Petition Relator shows the Court the following:

**I.**

**JURISDICTION**

In this pleading, relator seeks only to review the Texas Department of Criminal Justice's (TDCJ) procedures and policies in administering a sentence of death. Since this concerns a criminal matter, this Court has exclusive jurisdiction to consider relator's writ of prohibition.

The Texas Constitution grants the Court of Criminal Appeals jurisdiction over all criminal matters. TEX. CONST. ARTICLE V, § 5 (c). And the Court is also

statutorily authorized to grant and issue prohibition in a criminal case. TEX. CODE CRIM. PRO. ART. 4.04 § 1. Furthermore, this Court has explicitly established that it maintains exclusive jurisdiction over a capital conviction and sentence of death. *State Ex rel. Holmes v. Third Court of Appeals,* 885 S.W.2d 389, 395-96 (Tex. Crim. App. 1994).

## II.

## REQUISITES FOR ISSUANCE OF A WRIT OF PROHIBITION

Prohibition is an extraordinary remedy that will issue only to correct a clear abuse of discretion or a violation of a duty imposed by law when there is no adequate remedy by appeal. *In re Ford Motor Company*, 165 S.W.3d 315, 317 (Tex. 2005) (citing *In re Prudential Ins. Co. of Am.*, 148 S.W.2d 124, 135-36 (Tex. 2004)); *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992). As discussed above, there is no other court with jurisdiction to consider challenges in criminal capital cases. Furthermore, relator has no other vehicle within which to challenge the policies and procedure employed by TDCJ in carrying out executions. *See* TEX. CODE CRIM. PRO. ART. 43.14 (granting TDCJ authority to determine the manner in which an execution is to take place).

## III.

## CLAIM

<u>The secrecy of TDCJ's method of execution presents an unreasonable risk of pain and suffering to relator in violation of the United States and Texas constitutions.</u>

Texas Code of Criminal Procedure authorizes TDCJ to establish the policies and procedures within which to carry out executions. This includes selecting and administering the drug, or drugs, for lethal injection. TEX. CODE CRIM. PRO. ART. 43.14. At this time, it is believed that TDCJ intends to use the drug pentobarbital to execute relator.

There are no known studies carried out by TDCJ that ensures that pentobarbital will not result in relator being subjected to cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments of the United States Constitution. And there is no safeguard to establish that relator will not be subjected to "torture, or ill treatment, or unnecessary pain," as prohibited by Article 43.24 of the Texas Code of Criminal Procedure. In fact, there are documented cases where pentobarbital has resulted in the unnecessary pain and suffering of one sentenced to death[1]. And there are reports that pentobarbital takes longer to cause death than other drugs. (Appendix C). Additionally, TDCJ refuses to disclose the manufacturer of the drug and/or who distributes it. This is especially concerning

---

[1] In January 2014, Michael Wilson was executed in Oklahoma with the use of the single drug, pentobarbital. Within 20 seconds of the drug being administered, Wilson stated "I feel my whole body burning." (Appendix B).

3

because its manufacture is often poorly regulated and contaminated doses of pentobarbital may result in excruciating pain. (Appendices D & E).

Furthermore, TDCJ's own procedures and protocols do not require a doctor or registered nurse to be part of the team who administers the drugs used during a lethal injection. (Appendix F). Only a "medically trained individual" inserts the intravenous catheters into the defendant's arms. A "drug team" is responsible for administering the drug, or drugs, used to commence with the execution. (Appendix F). These procedures and protocols designed by TDCJ when carrying out executions fail to include safeguards regarding the manner in which the execution is to be carried out, fail to establish the minimum qualifications and expertise required of the personnel performing the critical tasks in the lethal injection procedure, and fail to establish appropriate criteria and standards that these personnel must rely upon in exercising their discretion during the lethal injection procedures.

## IV.

## REMEDY

The Texas Code of Criminal Procedure specifically delegates decisions regarding the method and manner of conducting executions to TDCJ. Such decisions must be reviewable for constitutionality by this Court. In order to properly exercise its jurisdiction, this Court should appoint a Special Master in order to develop the factual allegations raised by relator. In the alternative, this Court should remand the case to the trial court to hold an evidentiary hearing. As this Court's power to stay

4

relator's execution until such fact-finding can be conducted is unquestionable the Court is respectfully asked to stay the execution until the methodology can be examined by the Court's fact-finder.

## V.

## CONCLUSION AND PRAYER FOR RELIEF

Relator is being illegally confined and has been sentenced to death without regard for the constitutional safeguards prohibiting cruel and unusual punishment.

In view of the foregoing, relator GARCIA GLEN WHITE respectfully requests that this Honorable Court:

1.    Enter an order setting this Petition for a hearing;

2.    Issue Writ of Prohibition ordering the Director of the Texas Department of Criminal Justice – Correctional Institutions Division not to carry out the provisions of Article 43.14, Texas Code of Criminal Procedure for the scheduled execution of relator set for January 28, 2015;

3.    Appoint a Special Master to hear evidence related to this petition or remand the case to the original trial court for a hearing;

4.    Issue a stay of execution until the allegations in this petition are investigated and resolved.

5.    Grant any other relief, which the law and justice require in this matter.

5

Respectfully submitted,


/s/ Patrick F. McCann
/s/ Mandy Miller
PATRICK F. McCANN   (SBOT 00792680)
MANDY MILLER        (SBOT 24055561)
909 Texas Ave #205
Houston, Texas 77002
713-223-3805
281-667-3352 FAX
writlawyer@justice.com
mandy@mandymillerlegal.com
**ATTORNEYS FOR RELATOR**
**GARCIA GLEN WHITE**



CERTIFICATE OF SERVICE

I, Patrick F. McCann do hereby certify that a true and correct copy of the above and foregoing has been served on January 8th, 2015 via mail delivery to the Defendants at: Lynn Hardaway, Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, Texas 77002 and the Capital Litigation's Office at the Attorney General's Office.


/s/ Patrick F. McCann
Patrick F. McCann

# EXHIBIT A

CAUSE NO. 723847

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 180TH DISTRICT COURT |
| V. | § | OF |
| GARCIA GLENN WHITE | § | HARRIS COUNTY, TEXAS |

## EXECUTION ORDER

This Court, having received the Mandate from the Court of Criminal Appeals affirming the Defendant's conviction in the above styled and numbered cause and having received notice that the Court of Criminal Appeals denied habeas relief in the defendant's initial petition for writ of habeas corpus, cause no. 723847-A, now enters the following order:

IT IS HEREBY ORDERED that the Defendant, GARCIA GLENN WHITE, who has been adjudged to be guilty of Capital Murder as charged in the indictment and whose punishment has been assessed at Death by the verdict of the jury and judgment of the Court, shall be kept in custody by the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas until Wednesday, the 28th day of January, 2015, upon which day, at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, at some time after the hour of 6:00 p.m., in a room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said GARCIA GLENN WHITE and until the said GARCIA GLENN WHITE is dead, such procedure to be determined and supervised by the said Director of the Institutional Division of the Texas Department of Criminal Justice.

The Clerk of this Court shall issue and deliver to the Sheriff of Harris County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said GARCIA GLENN WHITE. The Sheriff of Harris County,

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of Imaging

Texas is hereby Ordered, upon receipt of said Death Warrant, to deliver said Death Warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas.

SIGNED AND ENTERED this 28th day of April, 2014.

CATHERINE EVANS
Presiding Judge
180th District Court
Harris County, Texas

2

# EXHIBIT B




It only takes a few minutes.



Before you invest
SmartCheck

CRIME

# Oklahoma Convict Who Felt "Body Burning" Executed With Controversial Drug

Michael Lee Wilson was executed using pentobarbital, prison officials tell TIME

By Charlotte Alter @charlottealter | Jan. 10, 2014 | 36 Comments

An Oklahoma man who reportedly said "I feel my whole body burning" as he was executed by lethal injection Thursday was killed using a controversial mix of drugs that civil rights groups says constitutes cruel and unusual punishment.

Michael Lee Wilson, 38, was executed using a cocktail of drugs including pentobarbital, prison officials confirmed to TIME. The use of pentobarbital in lethal executions has become increasingly common since sodium thiopental, the drug historically used as an anesthetic, became unavailable in 2011 after the manufacturer stopped supplying it for executions.

But pentobarbital is considered a controversial substitute for sodium thiopental because its manufacture is often poorly regulated, and contaminated batches can cause exruciating pain prior to death.

Tanya Greene, advocacy and policy counsel on criminal justice issues for the ACLU, said the use of pentobarbitol in executions is unconstitutional as it violates the Eighth Amendment's protection against cruel and unusual punishment. Use of the drug in executions, she said, is "basically an experiment on human beings; the risk of extended, painful death is very high. The European manufacturer of pentobarbital objects to its use to kill and has stopped selling the drug to US states for use in executions."

Oklahoma Department of Corrections / AP

Michael Lee Wilson

Wilson's cry that he felt his "whole body burning" after he was injected with the drug may bolster civil rights groups' case that pentobarbital should be banned from use in lethal injections.

Lundbeck, a Danish pharmaceutical company that produces pentobarbital, announced in 2011 that it would stop supplying the drug for use in lethal injections since Denmark abolished the death penalty years ago. Lundbeck's refusal to supply pentobarbital to U.S. prisons has caused a drug shortage that has led some prisons to use a synthetic version of the drug made in compounding pharmacies, which are not regulated by the FDA, according to

○ Follow

Mother Jones. These unregulated drugs have been subjected to less rigorous testing, and may include contaminants that can cause significant pain.

Sign In    Subscribe

Oklahoma Department of Corrections spokesman Jerry Massie was unable to comment on the source of the pentobarbital used to kill Wilson.

**MORE:** The Hidden Hand Squeezing Texas' Supply of Execution Drugs

Wilson was convicted of robbery and first-degree murder in the killing of one of his convenience store co-workers in 1995. Two of his accomplices were already executed, and a third is serving a life sentence, Fox News reports.

Before he was injected, he said "I love everybody." Then once the Warden ordered the execution to begin, he said "I love the world. Love my daughters for me. I'm going to miss you always." Wilson's mother, sister, and fiancee were present at the execution.

*Additional reporting by the Associated Press.*

© 2015 Time Inc. All rights reserved.

Follow

# EXHIBIT C

Keep up with the news by installing RT's extension for Chrome. Never miss a story with this clean and simple app that delivers the latest headlines to you.



## NOW LIFE GETS INTERESTING

SEE HOW

Home / News /

# Ef bu !spx !jon buf t !n bz!gbdf ⌐upsuv spvt ˘ f oe!x ju !bojn bml jmjoh!esv h

Published time: June 09, 2011 05:55
Edited time: June 10, 2011 06:50

Get short URL

A drug designed as a cure is now being used to kill on America's death row. But human rights groups are alarmed that the powerful chemical may subject inmates to a lingering and painful death.

**Tags**

Cary Johnston, Crime, Drugs, EU, Health, Human rights, Ivor Bennet, USA

From a dog's life to a dog's death, prisoners on death row are now being killed with an animal drug. Pentobarbital is used to put pets to sleep but it has never been tested in human executions.

Mia Fao from 'Reprieve' Prisoners' Rights Group fears this can cause excruciating pain.

*"If something goes wrong and because we have no tests we cannot guarantee nothing will go wrong. So people are at risk of not just being killed but being tortured to death,"* she says.

Pentobarbital has already been adopted in over 20 states. It is strictly an anesthetic and is normally just one ingredient in a lethal cocktail. But in Ohio it is killing alone.

Where to watch

Schedule

Follow us

"It is not a pain killer, we know that very well," says Professor Christian Friis of the Faculty of Life Sciences at the University of Copenhagen. "So if you had other drugs with an analgesic effect with that, then you can be sure there is no pain. But the drug is not a pain killer itself, that's for sure".

Pentobarbital is produced for a Danish company, Lundbeck. It is primarily used on humans to treat epilepsy and seizures. But it has already been used in nine executions.

US prisons ran out of the usual sodium thiopenthal after Britain and Italy banned exports.

But Denmark cannot do that because the new weapon is made in America.

Despite owning the drug and opposing its misuse, Lundbeck's protests in the United States have been unsuccessful because the government there sanctions the death penalty. It is reluctant to remove pentobarbital from the market completely, saying it will do more harm than good.

"Our problem is that this product has been on the American market for many years," says Anders Schroll, Lundbeck's spokesperson. "So we are in an ethical dilemma where we cannot just stop the production, withdraw it from the market because that would actually make patients come into life threatening situations. And that is the business dilemma we're in".

Business indeed, as Lundbeck sells 50 million doses of pentobarbital every year. It claims it cannot prevent death row using it as a killer because of a complicated supply chain. But human rights groups do not buy it.

"People are beginning to realize that the statement 'there's nothing we can do' is a fallacy," says Mia Fao from 'Reprieve' Prisoners' Rights Group. "The pharmaceutical industry can do a lot and has a responsibility not to be complicit in executions."

Reprieve claims Lundbeck has the power to control who gets the drug, since it does with other products. But that comes at a cost.

At the moment Lundbeck's not budging and neither are US prisons, as they continue to use a federally approved drug designed to treat people, to kill instead.

Sf dpn n f oef e


Theatre for ex-cons offers chance of 'return' to life


California computer glitch releases violent, dangerous criminals


Solitary Confinement Widely Used in US


US prison conditions worse than Guantanamo


America's human rights hypocrisy



RT News English
Updated version for iPhone app
App Store



RT News English
New version for Android
Google play

embed video

Richard Dieter, Executive Director of the Death Penalty Information Center in Washington believes pentobarbital is not designed for execution, but rather for epilepsy. According to Dieter the problem is that no one knows how painful the drug is because they paralyze the inmate.

Dieter explained how the US execution system has evolved over a series of methods – everything from hanging to electrocution to the gas chamber:

*"Finally, the lethal injection was introduced as supposedly a more humane method, as were the previous methods. Some states – Ohio being the most notable – are using simply one drug, the pentobarbital, and that causes the execution: it puts the inmate to sleep and causes death. That's a different approach than almost every other state is using".*

While Lundbeck is embarrassed by the fact that they are used for executions, and is trying to find a way to block sales to US prisons, independent journalist Liliana Segura says it is a tactic that is unlikely to work.

*"History has really shown that states that are really devoted to the death penalty will find a way,"* she said. *"On the other hand, the fact that Lundbeck has turned around and decided under pressure from activists that they no longer wanted any part in US executions is very important. I'm not optimistic about it meaning the end of the death penalty anytime soon in the US. It is certainly creating a big mess with states trying to find new drugs and new sources of drugs."*


OpenTable
Find the Perfect restaurant
BOOK NOW

# EXHIBIT D

New Bill Would Make Wearing Hoodies A Crime

Arizona Threatens To Take Away School District's Funding Over Hip-Hop Class

# How Poorly Regulated Drugs Could Be Leading To Cruel And Unusual Executions

BY **NICOLE FLATOW**  POSTED ON FEBRUARY 14, 2014 AT 1:47 PM  UPDATED: FEBRUARY 18, 2014 AT 8:58 AM





During the 2012 execution of Eric Robert in South Dakota, <u>witnesses reported</u> watching him turn purple, gasp heavily, and snore for 20 minutes before the state declared him dead. In January of this year, Michael Lee Wilson was heard to cry out "I feel my whole body burning" before he died by execution in Oklahoma.

Both of these deaths were carried out using a small-batch barbituate made by a pharmacy not regulated by the Food and Drug Administration. And a pharmacist supporting a lawsuit to block use of these drugs say these symptoms are consistent with contaminated pentobarbital, which could cause severe pain and suffering during execution.

Another recent execution that generated particular public attention last month also used small-batch drugs made by a pharmacy not regulated by the FDA, according to the lawsuit. The execution of Dennis McGuire took a <u>record 24 minutes</u>, as he snorted, gasped, and convulsed.

The controversial pharmacies that produce these drugs without federal oversight are known as "compounding pharmacies." States have started to turn to these drug-makers after international drug companies refused to provide their drugs for use in the death penalty, <u>citing their moral opposition</u> to the practice. But an affidavit from pharmacist Larry D. Sasich suggests that worries of inconsistent manufacture by these pharmacies are well-founded, citing these recent executions.

"The production of injectable pentobarbital sodium, or other drugs, starting with a non-sterile Active Pharmaceutical Ingredient (API) is technologically too difficult to do outside of FDA-regulated facilities that must comply with federal GMP guidelines," he said in an affidavit.

Sasich is providing expert opinion in the latest lawsuit challenging these drugs. Last month, a lawsuit on this issue failed to block the Missouri execution of Herbert Smulls. Missouri refused even to disclose the name of the compounding pharmacy that manufactures the execution drugs, meaning a plaintiff's lawyers have no means of verifying whether the drugs were made properly. But a federal judge sided with the state.

Now, Sasich says he knows the identity of the pharmacy that manufactured the drug for Smulls' execution, and says the procedures they used did not meet basic standards. Among other things, he says, testing of the drug from the Apothecary Shoppe revealed an "unknown solvent" that was never identified. "It is unacceptable by any standard to inject an unknown substance into a human subject," Sasich said in his affidavit.

What's more, he wrote, "The failure to properly store the pentobarbital intended for use in executions creates a very substantial, even grave, risk that the prisoner will suffer severe pain and/or an immediate severe allergic reaction."

This week, an Oklahoma judge agreed to temporarily block the sale of another batch of drugs from this pharmacy for executions in Missouri, finding the plaintiffs were reasonably likely to succeed in their claim that such a lethal injection could amount to cruel and unusual punishment, and violates federal law because the drug would travel from one state to another.

Even as the lawsuit claims that the Apothecary Shoppe has been responsible for these recent executions, both the state and the pharmacy have declined to confirm whether this is true. The state claims the pharmacy might not agree to provide the drug if its identity was known. Use of secret, under-regulated drugs is one of several controversial methods states are considering to continue executions in the face of a drug shortage. Other states are considering a revival of the gas chamber, electric chair, and firing squads.

UPDATE

SHARE   The Apothecary Shoppe has <u>agreed not to supply</u> drugs to Missouri for Michael Taylor's lethal injection, the Associated Press reports. In a legal filing Monday, it asked the judge to drop the lawsuit, saying it had not yet provided the drug to Missouri for Taylor's execution. If this lawsuit is settled or dismissed, Missouri will avert a judicial ruling on whether it can buy non-FDA-regulated drugs from other states.

## From the Web

**CBD Oil is legal in all 50 states, says Hemp Company.**
Hemp Life Today

**Buffett's Empire Is In Peril... And He Knows It**
The Motley Fool

**What Your Surname Means**
Ancestry

**Often Overlooked Method to Pay Off Mortgage**
LendingTree

**Forget Iran, Iraq, Ukraine: This is Where War WWIII Starts**
Money Morning Newsletter

**Enter Someone's Name To Find Info About Their Past**
BeenVerified People Search

**Guess Who's About To Go Bankrupt in America**
Stansberry Research

**Americans Shocked By Controversial New Site**
Instant Checkmate People Search

Sponsored Links by Taboola

# EXHIBIT E

iOS app (http://itunes.apple.com/us/app/the-huffington-post/id306621789?mt=8)
(javascript;void(0))

Android app (https://

Log in    Create Account

**Obama Generously Gives Homeowners A Once In A Lifetime Mortgage Bailout**
If you owe less than $625,000 on your home, use Obama's once in a lifetime mortgage relief
program. The program is totally free and doesn't add any cost to your refi. The bad news is that it
expires in 2015. You'll be shocked when you see how much you can save.
Click Your Age:   18-25    26-35    36-45    46-55    56-65    66-75    OVER 75    Calculate New Payment

Share
(https://www.facebook.com/sharer/sharer.php?u=http%3A%2F%2Fwww.huffingtonpost.com%2F2014%2F04%2F02%2Flethal-injection-drugs_n_4979654.html)

(http://www.huffingtonpost.com/crime)

Tweet
(https://twitter.com/intent/tweet?
lang=en&text=Why+It+Took+25+Minutes+For+One+Man+To+Die+Of+Lethal+Injection...
2C+And+Why+It+Could+Happen+Again+http%3A%2F%2Fhuff.to%2F1hzlfky)

Edition: U.S. ▾

Newsletters   Huffington Post Search

January 7 2015

Like 423

Comment

**FRONT PAGE** (HTTP://WWW.HUFFINGTON\\uST.COM) (HTTP://WWW.HUFFINGTONPOST.COM)    **POLITICS** (HTTP://WWW.HUFFINGTONPOST.COM/POLITICS/)    **BUSINESS** (HTTP://WWW.HUFFINGTONPOST.COM/BUSINESS/)    **ENTER** (HTTP://WWW.HUFFINGTO

Crime (http://www.huffingtonpost.com/crime/) · Eric Garner (http://www.huffingtonpost.com/news/eric-garner/)

· Ferguson Shooting (http://www.huffingtonpost.com/news/ferguson/) · Eric Frein (http://www.huffingtonpost.com/news/eric-matthew-frein/)

· Teacher Sex Scandals (http://www.huffingtonpost.com/news/teacher-sex/) · Marathon Bombing (http://www.huffingtonpost.com/news/boston-marathon-bombing)

· Jodi Arias (http://www.huffingtonpost.com/news/jodi-arias/) · Missing People (http://www.huffingtonpost.com/news/missing-persons/)

· Mug Shots (http://www.huffingtonpost.com/news/mug-shots/) · Cold Cases (http://www.huffingtonpost.com/news/cold-cases/)

MUST READ:
SISTERS, 11 AND 15, ACCUSED OF KILLING 16-YEAR-OLD BROTHER
(HTTP://WWW.HUFFINGTONPOST.COM/2015/01/07/MISTY-ARIEL-RENEE-KORNEGAY_N_6429542.HTML)

GET BREAKING NEWS BY EMAIL



(http://www.huffingtonpost.com/2015/01/07/misty-ariel-renee-kornegay_n_6429542.html)
**Sisters, 11 And 15, Accused Of Killing 16-Year-Old Brother**
(http://www.huffingtonpost.com/2015/01/07/misty-ariel-renee-kornegay_n_6429542.html)

(http://www.huffingtonpost.com/2015/01/05/jason-barnum-sentenced_n_6417016.html)
**SENTENCED**
(http://www.huffingtonpost.com/2015/01/05/jason-barnum-sentenced_n_6417016.html)

(http://www.huffingtonpost.com/2015/01/05/darryl-jouett-shoots-himself-in-the-stomach_n_6420688.html)
**Cop Accidentally Shoots Himself In Elevator**
(http://www.huffingtonpost.com/2015/01/05/darryl-jouett-shoots-himself-in-the-stomach_n_6420688.html)

(http
gilb
Ac
Str
Fat
gilb
pas



**Jan Diehm** (/jan-diehm/)        Become a fan
(/users/becomeFan.php?of=hp_blogger_Jan_Diehm)
jan.diehm@huffingtonpost.com
(mailto:jan.diehm@huffingtonpost.com)

(/users/login/)

# Why It Took 25 Minutes For One Man To Die Of Lethal Injection, And Why It Could Happen Again

Posted: 04/02/2014 8:06 am EDT   |   Updated: 04/02/2014 12:59 pm EDT

Opposition to the death penalty is making it more difficult to execute people in America. Major drug companies have stopped selling several lethal injection drugs (http://www.huffingtonpost.com/2014/02/18/lethal-injection-drug-shortage_n_4811479.html) in the U.S., cutting off supplies and driving up costs. The states that still execute people are turning to compounding pharmacies to custom mix the drugs and trying out alternative drugs in sometimes-untested lethal cocktails. States are considering returning to the firing squad and the gas chamber (http://www.huffingtonpost.com/2014/01/28/death-penalty-firing-squad_n_4679523.html). A few have even had to delay executions due to the drug shortages.

In March, one Oklahoma court postponed until April two executions (http://www.nbcnews.com/news/us-news/oklahoma-executions-delayed-amid-drug-shortage-n55926) after the state revealed it was still trying to determine what drugs to use, and another held that inmates have a constitutional right to know (http://thinkprogress.org/justice/2014/03/26/3419400/judge-blocks-oklahoma-from-using-secret-unverified-drug-in-executions/) the source of lethal injection drugs. Meanwhile, Texas, another leading death penalty state, has been sued by two prisoners (http://www.dallasnews.com/news/state/headlines/20140401-texas-pushes-to-keep-source-for-execution-drug-secret.ece) who want to know the source of a new supply of the sedative pentobarbital, which the state plans to use for executions starting this week.

The results of the latest lethal cocktails can be disturbing. On Jan. 9, Oklahoma executed convicted killer Michael Lee Wilson (http://nation.time.com/2014/01/10/oklahoma-convict-who-felt-body-burning-executed-with-controversial-drug/) by lethal injection using a drug cocktail that contained pentobarbital. According to Time (http://nation.time.com/2014/01/10/oklahoma-convict-who-felt-body-burning-executed-with-controversial-drug/), the use of pentobarbital is controversial because "its manufacture is often poorly regulated, and contaminated batches can cause excruciating pain prior to death." Wilson's last words were, "I feel my whole body burning."

A week later on Jan. 16, Ohio executed convicted rapist and murderer Dennis McGuire (http://www.huffingtonpost.com/2014/01/18/executions-slow-death_n_4623253.html) by lethal injection with an untested combination of drugs -- the sedative midazolam and the painkiller hydromorphone. It took him 25 minutes to die.

**708**
(http://big.assets.huffingtonpost.com/2014_DeathRowDrugs2.png)

Share

(https://www.facebook.com/sharer/sharer.php?u=http%3A%2F%2Fwww.huffingtonpost.com%2F2014%2F04%2F02%2Flethal-injection-drugs_n_4979654.html)

(https://twitter.com/intent/tweet?lang=en&text=Why+It+Took+25+Minutes+For+One+Man+To+Die+Of+Lethal+Injection%2C+And+Why+It+Could+Happen+Again+http%3A%2F%2Fhuff.to%2F1hzfkyj)



## THE NEW COSTS OF THE DEATH PENALTY

The United States is executing prisoners on death row at half the rate it was as the 21st century began. Part of the decrease is due to more states abandoning the death penalty, but it's also simply becoming harder and more costly to get lethal injection drugs as pharmaceutical companies cut off the supply.

**TOTAL EXECUTIONS PER YEAR**

| 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 14 | 31 | 38 | 31 | 56 | 45 | 74 | 68 | 98 | 85 | 66 | 71 | 65 | 59 | 60 | 53 | 42 | 37 | 52 | 46 | 43 | 43 | 39 |

Largest number of executions in one year

One-drug method first used (OH)

Midazolam first used in three-drug protocol (FL)

Pentobarbital first used in three-drug protocol (OK)

Hospira stops making **sodium thiopental**, and the European Union bans its export to the U.S.

Lethal injections become the preferred method of execution, overtaking electrocutions

Lundbeck stops shipping **pentobarbital** to U.S. prisons

Pentobarbital first used in one-drug protocol (OH)

## EXECUTIONS EQUAL INJECTIONS

Lethal injections overtook electrocutions as the most common form of execution in 1990, and now almost all executions are done by injecting a drug cocktail.

**PERCENT OF TOTAL EXECUTIONS**



- Electrocution
- Lethal injection
- Other (hanging, firing squad, gas chamber)

## THE DRUGS OF DEATH

As states begin to change the chemistry of the lethal injection cocktail, the ingredients again come into question. In January 2014, Ohio executed Dennis McGuire using an untested, experimental combination of midazolam and hydromorphone. The execution lasted 25 minutes.

☠ Out of production/in shortage          Used in a few states/considered for use

## STATES FACE SCARCITY

Until 2010 most states used three-drug cocktails for lethal injections, but in 2011 both sodium thiopental and pentobarbital became harder, and for some prisons impossible, to obtain. With the decreasing supply of those two drugs of choice, states are being forced to turn to other drugs, use compounding pharmacies, and experiment with one-drug protocols to continue executions.

▮ States using or planning to use this method

*States in gray have not executed in the last five years
*Washington still has the death penalty, but in February, its governor placed a moratorium on executions.*





**SODIUM THIOPENTAL**
Causes loss of consciousness and can cause death in high doses. Used in three-drug cocktails. **Discontinued and restricted 2011**

**PENTOBARBITAL**
Causes loss of consciousness and stops the heart. Used in three-drug and one-drug protocol.

**MIDAZOLAM**
Used as a sedative and can cause death in high doses. Used in three-drug and two-drug protocol.

**PROPOFOL**
Used as a sedative and general anesthesia. Caused death of pop icon Michael Jackson. Not yet used in executions.

(fjavscript:void(0))

708

Share

(https://www.facebook.com/sharer/sharer.php?u=http%3A%2F%2Fwww.huffingtonpost.com%2F2014%2F04%2F02%2Flethal-injection-drugs_n_4979654.html)

Tweet

(https://twitter.com/intent/tweet?lang=en&text=Why+It+Took+25+Minutes+For+One+Man+To+Die+Of+Lethal+Injection%2C+And+Why+It+Could+Happen+Again+http%3A%2F%2Fhuff.to%2F1hzlfky)

423

Comment

# MONEY MATTERS

In the last decade seven states have stopped the death penalty, and all have listed money as one of their reasons. For those states that still carry out the death penalty, even the cost of executions themselves has risen. When sodium thiopental was no longer an option for states, the costs for lethal injections using pentobarbital increased 10 to 15 times. And now that pentobarbital is scarce, cost will again become a factor.

**ELIMINATING DEATH**

2004
2005
2006
2007 — O New Jersey, New York
2008
2009 — O New Mexico
2010
2011 — O Illinois
2012 — O Connecticut
2013 — O Maryland
2014 — O Washington*

**MAJORITY OF STATES DON'T EXECUTE**

*Washington still has the death penalty, but in February, its governor placed a moratorium on executions.



Has death penalty  20      12  No death penalty  18

Has death penalty but has no executions in the last five years

**A COSTLY COCKTAIL**

TEXAS  $83.35  $1,286.86
OKLAHOMA  $200  $1,800

Cost of sodium thiopental
Cost of pentobarbital

Illustrations: Skull And Crossbones designed by Jens Tärning from the Noun Project
Sources: Death Penalty Information Center; "The Virtues of Thinking Small," Corinna Barrett Lain;
Hospira; Lundbeck; The Guardian; Austin American-Statesman; The New York Times

THE HUFFINGTON POST

*Infographic by Jan Diehm for The Huffington Post.*

MORE: Death Penalty, Execution, Death Penalty Debate, Infographics, Lethal Injection Drugs, Midazolam, Sodium Thiopental, Pentobarbital, Death Penalty, Infographics, Lethal Injection, Cruel and Unusual Punishment

Suggest a correction

ADVERTISEMENT



Looking for the perfect gift?
Send money in minutes starting at $1 fee*
with our ★★★★★ rated app

PRESENTED BY WEB OF LIES

# EXHIBIT F

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

## Correctional Institutions Division



# EXECUTION PROCEDURE

## May 2008

# ADOPTION OF EXECUTION PROCEDURE

In my duties as Division Director of the Correctional Institutions Division, I hereby adopt the attached *Execution Procedure* for use in the operation of the Texas Department of Criminal Justice Death Row housing units and perimeter functions. This *Procedure* is in compliance with Texas Board of Criminal Justice Rule §152.51; §§492.013(a), 493.004, Texas Government Code, and Article 43.14 – 43.20, Code of Criminal Procedure. The current changes to the written procedure are made to reflect actual practice when that actual practice has not been part of these written procedures. The majority of changes incorporate no substantive change to our actual practice.


Nathaniel Quarterman
Director, Correctional Institutions Division

5-30-08
Date

# EXECUTION PROCEDURES

## PROCEDURES

I.   Procedures Upon Notification of Execution Date

    A.    The Office of the Attorney General shall officially notify the CI Division Director, the Death Row Unit Warden, and the Huntsville Unit Warden of an offender's execution date. Once an execution date is received, the Death Row Unit Warden's office shall notify the Unit Classification Chief, and the Death Row Supervisor.

    B.    The Death Row Supervisor shall schedule an interview with the condemned offender and provide him with the Notification of Execution Date (Form 1). This form provides the offender with a list of the information that shall be requested from him two (2) weeks prior to the scheduled execution.

    C.    The condemned offender may be moved to a designated cell. Any keep-on-person (KOP) medication shall be confiscated and administered to the offender as needed by Unit Health Services staff.

II.  Stays of Execution

    A.    Official notification of a stay of execution shall be delivered to the CI Division Director, the Death Row Unit Warden, and the Huntsville Unit Warden through the Huntsville Unit Warden's Office. **Staff must not accept a stay of execution from the offender's attorney.** After the official stay is received, the Death Row Unit Warden's office shall notify the Unit Classification Chief and Death Row Supervisor.

    B.    Designated staff on the Death Row Unit shall notify the offender that a stay of execution has been received.

III. Preparation of the Execution Summary and Packet

    A.    Two Weeks (14 days) Prior to the Execution

        1.    The Death Row Unit shall begin preparation of the Execution Summary. The Execution Summary (Form 2) and the Religious Orientation Statement (Form 3) shall be forwarded to the Death Row Supervisor or Warden's designee for completion. A copy of the offender's current visitation list and recent commissary activity shall also be provided.

2. The Death Row Supervisor shall arrange an interview with the condemned offender to gather the information necessary to complete the Execution Summary and Religious Orientation Statement.

3. An offender may request to have his body donated to the Texas State Anatomical Board for medical education and research. The appropriate paperwork shall be supplied to the offender upon request.

4. The Execution Summary must be completed and returned by the Death Row Supervisor or Warden's designee in sufficient time to be forwarded to the CI Division Director's Office by noon of the 14th day. After approval by the CI Division Director, the summary shall be forwarded to the Death Row Unit Chaplain, the Huntsville Unit Warden's Office, and Public Information.

5. If the offender wishes to change the names of his witnesses, and it is less than fourteen (14) days prior to the scheduled execution, the offender shall submit a request in writing to the CI Division Director through the Death Row Unit Warden, who shall approve or disapprove the changes.

6. The Death Row Unit is responsible for completion of the Execution Packet, which shall include:

   a. Execution Summary;

   b. Religious Orientation Statement;

   c. Copy of the Offender Travel Card;

   d. Current Visitation List;

   e. Execution Watch Notification;

   f. Execution Watch Logs;

   g. I-25 Offender's Request for Trust Fund Withdrawal;

   h. Offender Property Documentation (PROP-05 and PROP-08); and

   i. Other documents as necessary.

7. The Death Row Supervisor or the Warden's designee shall notify staff (Form 4) to begin the Execution Watch Log (Form 5).

8. The Execution Watch Log shall begin at 6:00 a.m. seven (7) days prior to the scheduled execution. The seven (7) day timeframe shall not include the day of the execution. The offender shall be observed, logging his activities every 30 minutes for the first six (6) days and every 15 minutes for the remaining 36 hours. The Public Information Office may request information from the Execution Watch Log on the day of execution.

9.  The original Execution Packet and the offender's medical file shall be sent with the condemned offender in the transport vehicle to the Huntsville Unit or the Goree Unit for a female offender. The Death Row Unit Warden shall maintain a copy of the Execution Packet on the Death Row Unit.

10. If there are any changes necessary to the Execution Packet, staff shall notify the CI Division Director's Office and the Huntsville Unit Warden's Office.

B.  The Day of Execution

1.  On the morning of the day of the execution prior to final visitation, all of the offender's personal property shall be packed and inventoried. The property officer shall complete an "Offender Property Inventory" (PROP-05) detailing each item of the offender's property. The property officer shall also complete a "Disposition of Confiscated Offender Property" (PROP-08) indicating the offender's choice of disposition of personal property.

    a.  If disposition is to be made from the Huntsville Unit a copy of the property forms should be maintained by the Death Row Unit Property Officer and the originals forwarded to the Huntsville Unit with the property.

    b.  If disposition is to be made from the Death Row Unit a copy of the property forms will be placed in the Execution Packet and the original forms maintained on the Death Row Unit through the completion of the disposition process.

    c.  The Mountain View Unit Warden shall ensure that a female offender brings personal hygiene and gender-specific items to the Huntsville Unit as appropriate.

2.  Designated staff shall obtain the offender's current Trust Fund balance and prepare the Offender's Request for Trust Fund Withdrawal (I-25) for completion by the offender.

    a.  The following statement should be written or typed on the reverse side of the I-25, "In the event of my execution, please distribute the balance of my Inmate Trust Fund account as directed by this Request for Withdrawal." The offender's name, number, signature, thumbprint, date, and time should be below this statement. Two (2) employees' names and signatures should be below the offender's signature as witnesses that the offender authorized the form.

b. This Request for Withdrawal form shall be delivered to the Inmate Trust Fund for processing by 10:00 a.m. CST the next business day following the execution.

3. A female offender may be transported to the Goree Unit prior to the day of the execution. The Execution Transport Log for Female Offenders (Form 7) shall be initiated at the Mountain View Unit. The Goree Unit staff shall initiate the Execution Watch Log upon arrival on the Goree Unit, permit visitation as appropriate and transport the offender to the Huntsville Unit. The Transport Log shall resume when the offender departs the Goree Unit.

4. The condemned offender shall be permitted visits with family and friends on the morning of the day of the scheduled execution. No media visits shall be allowed at the Goree Unit.

   NOTE: Special visits (minister, relatives not on the visitation list, attorney, and other similar circumstances) shall be approved by the Death Row or Goree Unit Warden or designee. Exceptions may be made to schedule as many family members to visit prior to the offender's scheduled day of execution. These are considered to be special visits. No changes shall be made to the offender's visitation list.

5. The Execution Watch Log shall be discontinued when the Execution Transport Log for Male Offenders (Form 6) is initiated.

6. When appropriate, the offender shall be escorted to 12 building at the Polunsky or the designated area at the Mountain View or Goree Unit and placed in a holding cell. The appropriate Execution Transport Log shall be initiated and the offender shall be prepared for transport to the Huntsville Unit. The offender shall be removed from the transport vehicle at the Huntsville Unit and escorted by Huntsville Unit security staff into the execution holding area.

7. Any transportation arrangements for the condemned offender between units shall be known only to the Wardens involved, the CI Division Director, as well as those persons they designate as having a need to know. No public announcement shall be made concerning the exact time, method, or route of transfer. The CI Division Director's Office and the Public Information Office shall be notified immediately after the offender arrives at the Huntsville Unit

8. When the offender enters the execution holding area the Execution Watch Log shall immediately resume. The restraints shall be removed and the offender strip-searched.

9. The offender shall be fingerprinted, placed in a holding cell, and issued a clean set of TDCJ clothing.

10. The Warden shall be notified after the offender has been secured in the holding cell. The Warden or designee shall interview the offender and review the information in the Execution Packet.

11. Staff from the Public Information Office shall also visit with the offender to determine if the offender wishes to make a media statement and to obtain authorization, if necessary, to release the statement.

12. The offender may have visits with a TDCJ Chaplain(s), a Minister/Spiritual advisor who has the appropriate credentials and his attorney(s) on the day of execution at the Huntsville Unit; however, the Huntsville Unit Warden must approve all visits.

13. There shall be no family or media visits allowed at the Huntsville Unit.

IV. Drug Team Qualifications and Training

A. The drug team shall have at least one medically trained individual. Each medically trained individual shall at least be certified or licensed as a certified medical assistant, phlebotomist, emergency medical technician, paramedic, or military corpsman. Each medically trained individual shall have one year of professional experience before participating as part of a drug team, shall retain current licensure, and shall fulfill continuing education requirements commensurate with licensure. Neither medically trained individuals nor any other members of the drug team shall be identified.

B. Each new member of the drug team shall receive training before participating in an execution without direct supervision. The training shall consist of following the drug team through at least two executions, receiving step-by-step instruction from existing team members. The new team member will then participate in at least two executions under the direct supervision of existing team members. Thereafter, the new team member may participate in executions without the direct supervision of existing team members.

C. The Huntsville Unit Warden shall review annually the training and current licensure, as appropriate, of each team member to ensure compliance with the required qualifications and training.

V. Pre-execution Procedures

A. The Huntsville Unit Warden's Office shall serve as the communication command post and entry to this area shall be restricted.

B. Inventory and Equipment Check

    1. Designated staff on the Huntsville Unit are responsible for ensuring the purchase, storage, and control of all chemicals used in lethal injection executions for the State of Texas.

    2. The drug team shall obtain all of the equipment and supplies necessary to perform the lethal injection from the designated storage area.

    3. An inventory and equipment check shall be conducted.

    4. Expiration dates of all applicable items are to be checked on each individual item. Outdated items shall be replaced immediately.

C. Minister/Spiritual and attorney visits shall occur between 3:00 and 4:00 p.m. CST unless exceptional circumstances exist. Exceptions may be granted under unusual circumstances as approved by the Huntsville Unit Warden.

D. The offender shall be served his last meal at approximately 4:00 p.m. CST.

E. The offender shall be afforded an opportunity to shower and shall be provided with clean clothes at some time prior to 6:00 p.m. CST.

F. The CI Division Director or designee, the Huntsville Unit Warden or designee and the Huntsville Unit Chaplain or a designated approved TDCJ Chaplain shall accompany the offender while in the Execution Chamber.

VI. Set-up Preparations for the Lethal Injection

A. Three (3) syringes of normal saline shall be prepared by members of the drug team.

B. The lethal injection drugs shall be mixed, and syringes for each of the lethal injection drugs shall be prepared, by members of the drug team as follows:

    1. Sodium Pentothal – 120 milliliters of solution containing 3 grams of thiopental sodium.

    2. Pancuronium Bromide – 50 milliliters of solution containing 100 milligrams of pancuronium bromide.

    3. Potassium Chloride – 70 milliliters of solution containing 140 milliequivalents (mEq) of potassium chloride.

C. The drug team shall prepare a back-up set of the normal saline syringes and the lethal injection drugs in case unforeseen events make their use necessary.

VII. Execution Procedures

A. After 6:00 p.m. CST and after confirming with the Office of the Attorney General and the Governor's Office that no further stays, if any, will be imposed and that imposition of the court's order should proceed, the CI Division Director or designee shall give the order to escort the offender into the execution chamber.

B. The offender shall be escorted from the holding cell into the Execution Chamber and secured to the gurney.

C. A medically trained individual shall insert intravenous (IV) catheters into a suitable vein in each arm of the condemned person. If a suitable vein cannot be discovered in an arm, the medically trained individual shall substitute a suitable vein in another part of the body, but shall not use a "cut-down" procedure to access a suitable vein. The medically trained individual shall take as much time as is needed to properly insert the IV lines. The medically trained individual shall connect an IV administration set and start a normal saline solution to flow at a slow rate through one of the lines. The second line is started as a precaution and is used only if a potential problem is identified with the primary line. The CI Division Director or designee, the Huntsville Unit Warden or designee, and the medically trained individual shall observe the IV to ensure that the rate of flow is uninterrupted.

D. Witnesses to the execution shall be brought into the appropriate viewing area ONLY AFTER the saline IV has been started and is running properly, as instructed by the Huntsville Unit Warden or designee.

E. The CI Division Director or designee shall give the order to commence with the execution.

F. The Huntsville Unit Warden or designee shall allow the condemned person to make a brief, last statement.

G. The Huntsville Unit Warden or designee shall instruct the drug team to induce, by syringe, substances necessary to cause death.

H. The flow of normal saline through the IV shall be discontinued.

I. The lethal dose of Sodium Pentothal shall be commenced. When the entire contents of the syringe have been injected, the line shall be flushed with an injection of normal saline.

J. The CI Division Director or designee and the Huntsville Unit Warden or designee shall observe the appearance of the condemned individual during application of the Sodium Pentothal. If the condemned individual exhibits no visible sign of

being awake to the designated observers, the CI Division Director or designee shall instruct the drug team to proceed with the next step. If the condemned individual does exhibit visible signs of being awake, the CI Division Director or designee shall instruct the drug team to switch to the backup IV to administer another lethal dose of the Sodium Pentothal, followed with a saline flush, before proceeding to the next step.

K. The lethal dose of Pancuronium Bromide shall be commenced. When the entire contents of the syringe have been injected, the line shall be flushed with an injection of normal saline.

L. The lethal dose of Potassium Chloride shall be commenced. If necessary, the line shall be flushed with an injection of normal saline.

M. Upon completion of the injections, the Warden shall direct the physician to enter the Execution Chamber to examine the offender, pronounce the offender's death, and designate the official time of death.

N. The body shall be immediately removed from the Execution Chamber and transported by a coordinating funeral home. Arrangements for the body should be concluded prior to execution.

VIII. Employee participants in the Execution Process shall not be identified or their names released to the public. They shall receive an orientation with the Huntsville, Goree, Polunsky, or Mountain View Unit Wardens, who shall inform the employees of the TDCJ Post Trauma Staff Support Program (AD-06.64). The employees shall be encouraged to contact the Regional Post Trauma Team Coordinator following the initial participation in the execution process.